UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON COURTEMANCHE, BRETT FORESMAN, JUAN RIOS, AND DENNIS WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MOTOROLA SOLUTIONS, INC., CALLYO 2009 CORP., SHI INTERNATIONAL CORP., and COLONEL JOHN E. MAWN, JR., Interim Superintendent of the Massachusetts State Police, in his official capacity,<br><br>Defendants. | Civil Action No.: 4:24-cv-40030-DHH |

**DEFENDANTS MOTOROLA SOLUTIONS, INC. AND CALLYO 2009 CORP.'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendants Motorola Solutions, Inc. and Callyo 2009 Corp., through undersigned counsel, respectfully request that the Court dismiss with prejudice all claims in the First Amended Complaint against Motorola Solutions, Inc. and Callyo 2009 Corp. pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and grant such further relief as this Court may deem just and proper, for the reasons set forth in the accompanying memorandum of reasons.

**REQUEST FOR ORAL ARGUMENT**

Defendants respectfully request oral argument on this motion to dismiss.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), the parties have conferred and attempted in good faith to resolve the issues raised in the instant motion without success.

Dated:  June 28, 2024                     Respectfully submitted,

**TODD & WELD LLP**

<u>/s/ Howard M. Cooper</u>
Howard M. Cooper
Alycia M. Kennedy
One Federal Street
27th Floor
Boston, MA 02110
Tel.: 617-832-1269
hcooper@toddweld.com
akennedy@toddweld.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

Michael Kim Krouse (*pro hac vice forthcoming*)
Lori B. Leskin (*pro hac vice forthcoming*)
Elie Salamon (*pro hac vice forthcoming*)
250 West 55th Street
New York, NY 10019
Tel.: 212.836.8000
Fax: 212.836.8689
michael.krouse@arnoldporter.com
lori.leskin@arnoldporter.com
elie.salamon@arnoldporter.com

*Counsel for Defendants Motorola Solutions, Inc. and Callyo 2009 Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 28, 2024, a copy of the foregoing was electronically filed with the Clerk of Court of the United States District Court for the District of Massachusetts, using the CM/ECF system, which will send a Notice of Electronic filing to all parties of record.

                                                                                    */s/ Howard M. Cooper*
                                                                                      Howard M. Cooper