**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JASON COURTEMANCHE et. al.,<br>*Plaintiffs,*<br>v.<br>MOTOROLA SOLUTIONS, INC., et. al.,<br>*Defendants.* | Civil Action No.: 4:24-cv-40030-MRG |

**DEFENDANT SHI INTERNATIONAL CORP.'S**
**MOTION TO DISMISS**

In accordance with Fed. R. Civ. P. 12(b)(1) and (b)(6), Defendant SHI International Corp. ("SHI") moves to dismiss all claims asserted against SHI in Plaintiffs' Amended Complaint (including but not limited to Counts I, IV, V, VI, and VII). As grounds for the Motion, SHI refers the Court to (i) the Memorandum of Law of Defendants Motorola Solutions, Inc., and Callyo 2009 Corp. (collectively, "Motorola") [ECF No. 30] and (ii) SHI's accompanying Memorandum of Law.

**Request for Oral Argument**

SHI requests to be heard at argument on its Motion to Dismiss.

Dated: June 28, 2024

Respectfully submitted,

SHI INTERNATIONAL CORP.,

By their counsel,

*/s/ Jonathan D. Persky*
David C. Kurtz, BBO #641380
*dkurtz@constangy.com*
Jonathan D. Persky, BBO #666651
*jpersky@constangy.com*
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
535 Boylston Street, 9th Floor
Boston, Massachusetts 02116
Tel: 617.849.7880
Fax: 617.849.7870

**Rule 7.1(a)(2) Certification**

I certify that on June 27, 2024, I conferred with counsel for Plaintiffs in a good faith attempt to resolve or narrow the issues presented by this Motion.

*/s/ Jonathan D. Persky*
Jonathan D. Persky

**CERTIFICATE OF SERVICE**

I, Jonathan D. Persky, hereby certify that on June 28, 2024, a true and correct copy of the foregoing document filed by ECF was served electronically on all recipients as designated by the Notice of Electronic Filing (NEF).

*/s/ Jonathan D. Persky*
Jonathan D. Persky