UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JASON COURTEMANCHE, BRETT FORESMAN, JUAN RIOS, AND DENNIS WILLIAMS, *on behalf of themselves and all others similarly situated,*

Plaintiffs

v.

MOTOROLA SOLUTIONS, INC., CALLYO 2009 CORP., SHI INTERNATIONAL CORP., and COLONEL JOHN E. MAWN, JR., Interim Superintendent of the Massachusetts State Police, *in his official capacity.*

Defendants

Civil Action No. 4:24-cv-40030-DHH

**ASSENTED-TO MOTION TO EXTEND DEADLINE**

Now come Plaintiffs, Jason Courtemanche, Brett Foresman, Juan Rios, and Dennis Williams, individually and on behalf of a class or classes of similarly situated persons (hereinafter "Plaintiffs"), through their counsel, Christopher R. Batinsey, Esq. of Batinsey Legal P.C., James L. O'Connor, Jr., Esq. of Nickless, Phillips and O'Connor, P.C., and Christopher J. Walton, Esq. of the Law Office of Christopher J. Walton, and with the assent of Defendant SHI International Corp., move to extend the deadline for Plaintiffs to respond to SHI International Corp.'s Motion to Dismiss to August 30, 2024.

**Rule 7.1(a)(2) Certification**

I certify that on July 3, 2024, I conferred with counsel for Defendant of SHI International Corp. in a good faith attempt to resolve or narrow the issues presented by this Motion. SHI's counsel stated that SHI assented to the motion.

/s/ James L. O'Connor
James L. O'Connor

[signatures on next page]

Respectfully submitted,

JASON COURTEMANCHE, BRETT FORESMAN, JUAN RIOS, and DENNIS WILLIAMS, ON BEHALF OF THEMSELVES, AND ALL OTHERS SIMILARLY SITUATED,

by their attorneys,

/s/ Christopher R. Batinsey
Christopher R. Batinsey, Esq.
BBO# 688586

Batinsey Legal P.C.
344 Main St
Suite 14
Fitchburg, MA 01420
(617) 682-0254
cbatinsey@batinseylegal.com

/s/ James O'Connor, Jr.
James O'Connor, Jr., Esq.
BBO# 563450

Nickless, Phillips and O'Connor, P.C.
780 Main St
PO Box 2101
Fitchburg, MA 01420
(978) 342-4590
joconnor@npolegal.com

/s/ Christopher J. Walton
Christopher J. Walton, Esq.
BBO# 639819

Law Office of Christopher J. Walton
56 Elm St
Fitchburg, MA 01420
(978) 342-9100
attycjw@aol.com

CERTIFICATE OF SERVICE

I, James L. O'Connor, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: July 8, 2024

/s/ James L. O'Connor
James L. O'Connor