UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON COURTEMANCHE, BRETT FORESMAN, JUAN RIOS, AND DENNIS WILLIAMS, *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs<br><br>v.<br><br>MOTOROLA SOLUTIONS, INC., CALLYO 2009 CORP., SHI INTERNATIONAL CORP., and COLONEL JOHN E. MAWN, JR., Interim Superintendent of the Massachusetts State Police, *in his official capacity.*<br><br>Defendants | Civil Action No. 4:24-cv-40030-DHH |

**JOINT MOTION TO SET AGREED BRIEFING SCHEDULE ON DEFENDANTS MOTOROLA SOLUTIONS, INC.'S AND CALLYO 2009 CORP.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Now come Plaintiffs, Jason Courtemanche, Brett Foresman, Juan Rios, and Dennis Williams, individually and on behalf of a putative class or classes of similarly situated persons (hereinafter "Plaintiffs"), together with Defendants Motorola Solutions, Inc. and Callyo 2009 Corp. (together, "Motorola"), who hereby move to set the following agreed briefing schedule on Motorola's Motion to Dismiss First Amended Complaint (ECF No. 29) as follows:

1. That the deadline for Plaintiffs to file their Opposition to Motorola's Motion to Dismiss First Amended Complaint be extended to August 30, 2024.
2. That the deadline for Motorola to file any Reply to Plaintiffs' Opposition be September 30, 2024.

Respectfully submitted,

JASON COURTEMANCHE, BRETT FORESMAN, JUAN RIOS, and DENNIS WILLIAMS, ON BEHALF OF THEMSELVES, AND ALL OTHERS SIMILARLY SITUATED,

by their attorneys,

/s/ Christopher R. Batinsey
Christopher R. Batinsey, Esq.
BBO# 688586

Batinsey Legal P.C.
344 Main St
Suite 14
Fitchburg, MA 01420
(617) 682-0254
cbatinsey@batinseylegal.com

/s/ James O'Connor, Jr.
James O'Connor, Jr., Esq.
BBO# 563450

Nickless, Phillips and O'Connor, P.C.
780 Main St
PO Box 2101
Fitchburg, MA 01420
(978) 342-4590
joconnor@npolegal.com

/s/ Christopher J. Walton
Christopher J. Walton, Esq.
BBO# 639819

Law Office of Christopher J. Walton
56 Elm St
Fitchburg, MA 01420
(978) 342-9100
attycjw@aol.com

**and**

MOTOROLA SOLUTIONS, INC.
and CALLYO 2009 CORP.

by their attorneys,

TODD & WELD LLP

Howard M. Cooper
Alycia M. Kennedy
One Federal Street, 27th Floor
Boston, MA 02110
(617) 832-1269
hcooper@toddweld.com
akennedy@toddweld.com

ARDOLD & PORTER KAYE SCHOLER LLP

/s/ Elie Salamon
Michael Kim Krouse (pro hac vice)
Lori B. Leskin (pro hac vice)
Elie Salamon (pro hac vice)
250 West 55th Street
New York, NY 10019
Tel.: 212.836.8000
Fax: 212.836.8689
michael.krouse@arnoldporter.com
lori.leskin@arnoldporter.com
elie.salamon@arnoldporter.com

CERTIFICATE OF SERVICE

I, James L. O’Connor, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: July 11, 2024

/s/ James L. O’Connor
James L. O’Connor