**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JASON COURTEMANCHE, BRETT FORESMAN, JUAN RIOS, AND DENNIS WILLIAMS,** ***on behalf of themselves and all others similarly situated,*** | |
| **Plaintiffs** | |
| **v.** | **C.A. No. 4:24-cv-40030-MRG** |
| **MOTOROLA SOLUTIONS, INC., CALLYO 2009 CORP., SHI INTERNATIONAL CORP., and COLONEL JOHN E. MAWN, JR.,** ***Interim Superintendent of the Massachusetts State Police, in his official capacity.*** | |
| **Defendants** | |

**DEFENDANT COLONEL JOHN E. MAWN, JR.'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), Defendant Colonel John E. Mawn Jr., Interim Superintendent of the Massachusetts State Police, in his official capacity ("Defendant Mawn"), hereby moves to dismiss the Complaint filed by Plaintiffs[1] in its entirety with respect to Defendant Mawn. Plaintiffs assert that Defendant violated Plaintiffs' constitutional rights and the Massachusetts Wiretap Act.

As set forth more fully in the accompanying memorandum of law, Plaintiffs' claims should be dismissed against Defendant Mawn because: (1) the Eleventh Amendment to the United States Constitution bars Plaintiffs' claims; (2) Plaintiffs do not have Article III standing to assert constitutional violations pled in the Complaint; (3) Plaintiffs' claims fail on the merits; and

[1] The Plaintiffs include Jason Courtemanche, Brett Foresman, Juan Rios, and Dennis Williams, in addition to a class of alleged similarly situated plaintiffs.

(4) even if Plaintiffs could advance meritorious claims, Defendant Mawn is entitled to qualified immunity.

WHEREFORE, Defendant Mawn respectfully submits that the Motion should be granted and Plaintiff's Complaint against Defendant Mawn should be dismissed in its entirety with prejudice.

Respectfully submitted,

COLONEL JOHN E. MAWN, JR.,
Interim Superintendent of the
Massachusetts State Police, in his
Official Capacity,

By His Attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Jeffrey T. Collins*____________________
Jeffrey T. Collins (BBO No. 640371)
Special Assistant Attorney General
Robert Papandrea (BBO No. 711504)
MORGAN, BROWN & JOY, LLP
200 State Street, Suite 11A
Boston, MA 02109-2605
(617) 523-6666
jcollins@morganbrown.com
rpapandrea@morganbrown.com

Dated: October 25, 2024

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(a)(2), I certify that I conferred with Plaintiffs' counsel on October 10 and 11, 2024, in a good faith to attempt to resolve or narrow the issues raised by Defendants' Motion to Dismiss the Complaint.

*/s/ Jeffrey T. Collins*
Jeffrey T. Collins

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2024, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

*/s/ Jeffrey T. Collins*
Jeffrey T. Collins