UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JASON COURTEMANCHE, BRETT FORESMAN, JUAN RIOS, AND DENNIS WILLIAMS, *on behalf of themselves and all others similarly situated,*

Plaintiffs

v.

MOTOROLA SOLUTIONS, INC., CALLYO 2009 CORP., SHI INTERNATIONAL CORP., and COLONEL JOHN E. MAWN, JR., Interim Superintendent of the Massachusetts State Police, *in his official capacity.*

Defendants

Civil Action No. 4:24-cv-40030-DHH

**PLAINTIFFS' MOTION TO EXTEND DEADLINE TO FILE OPPOSITION**

Now come Plaintiffs, Jason Courtemanche, Brett Foresman, Juan Rios, and Dennis Williams, individually and on behalf of a class or classes of similarly situated persons (hereinafter "Plaintiffs"), through their counsel, Christopher R. Batinsey, Esq. of Batinsey Legal P.C., James L. O'Connor, Jr., Esq. of Nickless, Phillips and O'Connor, P.C., and Christopher J. Walton, Esq. of the Law Office of Christopher J. Walton, and hereby move to extend the deadline to file their opposition to the motion to dismiss of Defendant Colonel J. Mawn, Jr., in his official capacity as Interim Superintendent of the Massachusetts State Police ("MSP") to December 2, 2024. Counsel aver that the extension is necessary due to their busy trial schedule and the upcoming Thanksgiving and Veterans' Day holidays.

**RULE 7.1 (a)(2) CERTIFICATION**

Counsel for the Plaintiffs states that he has complied with the requirements Local Rule 7.1 (a)(2). Counsel for the Defendant has stated his client does not assent, but would not object to the Plaintiffs' motion.

WHEREFORE, Plaintiffs request that this court enter an order to extend the deadline to file their opposition to the motion to dismiss of Colonel John Mawn, Jr., in his official capacity as Interim Superintendent of the Massachusetts State Police to December 2, 2024.

Respectfully submitted,

JASON COURTEMANCHE, BRETT FORESMAN, JUAN RIOS, and DENNIS WILLIAMS, ON BEHALF OF THEMSELVES, AND ALL OTHERS SIMILARLY SITUATED,

by their attorneys,

/s/ Christopher R. Batinsey
Christopher R. Batinsey, Esq.
BBO# 688586

Batinsey Legal P.C.
344 Main St
Suite 14
Fitchburg, MA 01420
(617) 682-0254
cbatinsey@batinseylegal.com

/s/ James O'Connor, Jr.
James O'Connor, Jr., Esq.
BBO# 563450

Nickless, Phillips and O'Connor, P.C.
780 Main St
PO Box 2101
Fitchburg, MA 01420
(978) 342-4590
joconnor@npolegal.com

/s/ Christopher J. Walton
Christopher J. Walton, Esq.
BBO# 639819

Law Office of Christopher J. Walton
56 Elm St
Fitchburg, MA 01420
(978) 342-9100
attycjw@aol.com

CERTIFICATE OF SERVICE

I, James L. O'Connor, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 29, 2024

/s/ James L. O'Connor
James L. O'Connor