## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JASON COURTEMANCHE, BRETT FORESMAN, JUAN RIOS, AND DENNIS WILLIAMS,** *on behalf of themselves and all others similarly situated,* ) ) ) ) | |
| **Plaintiffs** ) ) | |
| **v.** ) ) | **C.A. No. 4:24-cv-40030-MRG** |
| **MOTOROLA SOLUTIONS, INC., CALLYO 2009 CORP., SHI INTERNATIONAL CORP., and COLONEL GEOFFREY D. NOBLE,** *Superintendent of the Massachusetts State Police, in his official capacity.* ) ) ) ) ) ) ) | |
| **Defendants** ) ) | |

### DEFENDANT COLONEL GEOFFREY D. NOBLE'S NOTICE OF APPEAL

Defendant Geoffrey D. Noble, Superintendent of the Massachusetts State Police ("Defendant"), hereby gives notice that he appeals to the United States Court of Appeals for the First Circuit from all aspects of this Court's Order denying Defendant's Motion to Dismiss on March 28, 2025, ECF No. 72.

Respectfully submitted,

COLONEL GEOFFREY D. NOBLE,
Superintendent of the
Massachusetts State Police, in his
Official Capacity,

By His Attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ Jeffrey T. Collins
Jeffrey T. Collins (BBO No. 640371)
Special Assistant Attorney General
Robert Papandrea (BBO No. 711504)
MORGAN, BROWN & JOY, LLP
28 State Street, 16th Floor
Boston, MA  02109-2605
(617) 523-6666
jcollins@morganbrown.com
rpapandrea@morganbrown.com

Dated: April 18, 2025

## **CERTIFICATE OF SERVICE**

       I hereby certify that on April 18, 2025, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


                     */s/ Jeffrey T. Collins*\
                     Jeffrey T. Collins