**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JASON COURTEMANCHE, BRETT FORESMAN, JUAN RIOS, AND DENNIS WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MOTOROLA SOLUTIONS, INC., CALLYO 2009 CORP., SHI INTERNATIONAL CORP., and COLONEL JOHN E. MAWN, JR., Interim Superintendent of the Massachusetts State Police, in his official capacity,<br><br>Defendants. | Civil Action No.: 4:24-cv-40030-DHH |

**DEFENDANTS MOTOROLA SOLUTIONS, INC. AND CALLYO 2009 CORP.'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, CERTIFICATION UNDER 28 U.S.C. § 1292(b)**

Defendants Motorola Solutions, Inc. and Callyo 2009 Corp. (together, "Motorola"), through undersigned counsel, respectfully request that the Court reconsider its March 28, 2025 Memorandum and Order (ECF 72) ("Order) that granted and denied in part Motorola's motion to dismiss in the above-captioned action, or, in the alternative, certify for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) the Order, for the reasons set forth in the accompanying memorandum.

**REQUEST FOR ORAL ARGUMENT**

Motorola respectfully requests oral argument on this motion.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), the parties have conferred and attempted in good faith to resolve the issues raised in the instant motion without success.

Dated:  April 25, 2025                Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

Michael Kim Krouse (*pro hac vice*)
Lori B. Leskin (*pro hac vice*)
250 West 55th Street
New York, NY 10019
Tel.: 212.836.8000
Fax: 212.836.8689
michael.krouse@arnoldporter.com
lori.leskin@arnoldporter.com

**TODD & WELD LLP**

*/s/ Howard M. Cooper*
Howard M. Cooper
One Federal Street
27th Floor
Boston, MA 02110
Tel.: 617-832-1269
hcooper@toddweld.com

*Counsel for Defendants Motorola Solutions, Inc. and Callyo 2009 Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 25, 2025, a copy of the foregoing was electronically filed with the Clerk of Court of the United States District Court for the District of Massachusetts, using the CM/ECF system, which will send a Notice of Electronic filing to all parties of record.

*/s/ Howard M. Cooper*
Howard M. Cooper