# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON COURTEMANCHE, BRETT FORESMAN, JUAN RIOS, AND DENNIS WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>MOTOROLA SOLUTIONS, INC., CALLYO 2009 CORP., SHI INTERNATIONAL CORP., and COLONEL JOHN E. MAWN, JR., Interim Superintendent of the Massachusetts State Police, in his official capacity,<br><br>                Defendants. | Civil Action No.: 4:24-cv-40030-DHH |

### DEFENDANTS MOTOROLA SOLUTIONS, INC. AND CALLYO 2009 CORP.'S MOTION FOR A STAY PENDING APPEAL AND OPPOSITION TO PLAINTIFFS' MOTION TO SET A RULE 16.1 SCHEDULING CONFERENCE

Defendants Motorola Solutions, Inc. and Callyo 2009 Corp. (together, "Motorola"), through undersigned counsel, respectfully request that the Court briefly stay proceedings pending appeal and deny plaintiffs' motion to set a scheduling conference and order, for the reasons set forth in the accompanying memorandum.

### LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the parties have conferred and attempted in good faith to resolve the issues raised in the instant motion without success.

Dated:  August 8, 2025 　　　　　　　　Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

Michael Kim Krouse (*pro hac vice*)
Lori B. Leskin (*pro hac vice*)
250 West 55th Street
New York, NY 10019
Tel.: 212.836.8000
Fax: 212.836.8689
michael.krouse@arnoldporter.com
lori.leskin@arnoldporter.com

**TODD & WELD LLP**

*/s/ Howard M. Cooper*
Howard M. Cooper
One Federal Street
27th Floor
Boston, MA 02110
Tel.: 617-832-1269
hcooper@toddweld.com

*Counsel for Defendants Motorola Solutions, Inc. and Callyo 2009 Corp.*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on August 8, 2025, a copy of the foregoing was electronically filed with the Clerk of Court of the United States District Court for the District of Massachusetts, using the CM/ECF system, which will send a Notice of Electronic filing to all parties of record.

                                                 */s/ Howard M. Cooper*
                                                  Howard M. Cooper