# United States Court of Appeals
## For the First Circuit

No. 25-1386

JASON COURTEMANCHE; BRETT FORESMAN; JUAN RIOS; DENNIS WILLIAMS, on
behalf of themselves and all others similarly situated,

Plaintiffs - Appellees,

v.

GEOFFREY D. NOBLE, in the official capacity as Superintendent of the Massachusetts State
Police,

Defendant - Appellant,

MOTOROLA SOLUTIONS, INC.; CALLYO 2009 CORP.; SHI INTERNATIONAL CORP.,

Defendants.

---

**MANDATE**

Entered: June 22, 2026

In accordance with the judgment of May 28, 2026, and pursuant to Federal Rule of
Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Hon. Margaret R. Guzman, Robert Farrell, Clerk, United States District Court for the District of
Massachusetts, Jeffrey Thomas Collins, Andrea J. Campbell, Robert Papandrea, Howard M.
Cooper, Alycia M. Kennedy, David C. Kurtz, Jonathan D. Persky, Erik P. Bartenhagen, James L.
O'Connor Jr., Christopher R. Batinsey